**TRUCK INSURANCE EXCHANGE,**
**Petitioner,**

v.

**Bonnie GRAHN, Respondent.**

**No. 91SC695.**

Supreme Court of Colorado,
En Banc.

Oct. 30, 1992.

### ORDER OF COURT

Upon consideration of the record on appeal, together with the written and oral arguments of counsel, and now being sufficiently advised in the premises,

IT IS THIS DAY ORDERED that the previously granted writ of certiorari shall be, and the same hereby is, DENIED as having been improvidently granted.